March 29, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DEMETRIO DIAZ AND ALICIA GARZA-DIAS, Appellant

NO. 14-12-00039-CV                          V.

WELLS FARGO BANK, N.A. AND COCHRAN INVESTMENTS, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 14, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by DEMETRIO DIAZ AND ALICIA GARZA-DIAS.

We further order this decision certified below for observance.